## UNITED STATES JUDICIAL PANEL
### on
## MULTIDISTRICT LITIGATION

**IN RE: INVOKANA (CANAGLIFLOZIN)**
**PRODUCTS LIABILITY LITIGATION**                                         MDL No. 2750

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO −1)

On December 7, 2016, the Panel transferred 18 civil action(s) to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2016). Since that time, no additional action(s) have been transferred to the District of New Jersey. With the consent of that court, all such actions have been assigned to the Honorable Brian R. Martinotti.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of New Jersey and assigned to Judge Martinotti.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of New Jersey for the reasons stated in the order of December 7, 2016, and, with the consent of that court, assigned to the Honorable Brian R. Martinotti.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**Dec 19, 2016**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I HEREBY CERTIFY that the above and
foregoing is a true and correct copy
of the original on file in my office.
UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
WILLIAM T. WALSH, CLERK
By_____
Deputy Clerk

**IN RE: INVOKANA (CANAGLIFLOZIN)**
**PRODUCTS LIABILITY LITIGATION**                    MDL No. 2750

## SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| **CALIFORNIA CENTRAL** | | | |
| CAC | 5 | 16−02020 | Lois Mercado v. Janssen Research and Development, LLC et al |
| **FLORIDA NORTHERN** | | | |
| FLN | 5 | 16−00281 | KAMPE v. JANSSEN PHARMACEUTICALS INC |
| **ILLINOIS CENTRAL** | | | |
| ILC | 1 | 16−01406 | Cape v. Janssen Ortho LLC et al |
| **ILLINOIS NORTHERN** | | | |
| ILN | 1 | 16−09441 | Faedtke v. Janssen Pharmaceuticals, Inc. |
| **ILLINOIS SOUTHERN** | | | |
| ILS | 3 | 16−01140 | Klein v. Janssen Pharmaceuticals, Inc. |
| **KENTUCKY EASTERN** | | | |
| KYE | 0 | 16−00065 | Moore et al v. Janssen Research & Development, LLC et al |
| **KENTUCKY WESTERN** | | | |
| KYW | 3 | 16−00658 | Tindle v. Janssen Pharmaceuticals, Inc. et al |
| **LOUISIANA EASTERN** | | | |
| LAE | 2 | 16−16678 | Vetter v. Janssen Pharmaceuticals, Inc. et al |
| **MISSOURI EASTERN** | | | |
| ~~MOE~~ | ~~4~~ | ~~16−01707~~ | ~~Grubbs−Williams et al v. Janssen Pharmaceuticals, Inc. et al~~ Opposed 12/19/16 |

| MOE | 4 | 16–01766 | Seamon v. Janssen Pharmaceuticals, Inc. et al |

NEVADA

| NV | 2 | 16–02417 | Nockowitz v. Janssen Pharmaceuticals, Inc., et al |

OHIO NORTHERN

| OHN | 1 | 16–02476 | Carlson et al v. Janssen Pharmaceuticals, Inc. |

TENNESSEE EASTERN

| TNE | 1 | 16–00407 | Ryan v. Janssen Pharmaceuticals, Inc. et al |

TENNESSEE MIDDLE

| TNM | 3 | 16–03052 | Adams v. Janssen Pharmaceuticals, Inc. |
| TNM | 3 | 16–03053 | Price v. Janssen Pharmaceuticals, Inc. |